IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:22-CV-00483-O
2. Style of case: PAUL MELVIN CORDES AND KATHERYN CORDES V. AMICA MUTUAL INSURANCE COMPANY
3. Nature of suit: Insurance - First Party/Hail
4. Method of ADR used:   ☑ Mediation        ☐ Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: 7/21/2022
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.           ☐ Settled, in part, as result of ADR
   **XX Settled as a result of ADR.**           ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1800.00
8. Duration of ADR: Half Day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   Courtenay L. Bass , Mediator            Amanda J. Fulton, Esq.-Plaintiffs
   Paul Cordes -Plaintiff                  Joanna L. Salinas, Esq.-Defendant
   Katheryn Cordes - Plaintiff             Gregory O'Brien – Defendant's Rep.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                          July 21, 2022
Signature                                    Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243     (214)303-4500
Address                                                          Telephone

**Amanda J. Fulton, Esq.**
Chad T. Wilson Law Firm PLLC
455 E. Medical Center Blvd.
Suite 555
Webster, TX  77598
(832) 415-1432
(281) 940-2137

**Joanna L. Salinas, Esq.**
Fletcher Farley Shipman & Salinas LLP
1717 W. 6th Street
Suite 300
Austin, TX  78703
(512) 476-5300
(512) 476-5771