# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT
# FORT WORTH DIVISION

| | | |
|---|---|---|
| PAUL MELVIN CORDES AND | § | |
| KATHERYN CORDES | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 4:22-cv-483-O |
| vs. | § | |
| | § | |
| AMICA MUTUAL INSURANCE COMPANY | § | |
|     Defendant. | § | |

## PLAINTIFFS' UNOPPOSED DISMISSAL BY STIPULATION

COMES NOW, Plaintiffs Paul Melvin Cordes and Katheryn Cordes, by and through their counsel of record and, pursuant to Federal Rule Civil Procedure 41(a)(1), hereby agrees to voluntarily dismiss any and all claims asserted against Defendant Amica Mutual Insurance Company that are made the basis of their cause, with prejudice, and represents to the Court that all matters in controversy between these parties and made the basis of Plaintiffs' cause of action as against Defendant Amica Mutual Insurance Company, has been compromised and resolved. Defendant is not opposed to this dismissal.

Respectfully submitted,

**THE CHAD T. WILSON LAW FIRM**
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77598
(832) 415-1432
FAX (281) 940-2137

By: /s/ Amanda Fulton *w/permission*
Chad Wilson
State Bar No. 24079587
CWilson@cwilsonlaw.com
Amanda Fulton
afulton@cwilsonlaw.com

Attorneys for Plaintiffs, *Paul Melvin Cordes and Katheryn Cordes*

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Plaintiffs' Unopposed Dismissal by Stipulation** has been provided to the offices of:

Joanna Lippman Salinas
**FLETCHER, FARLEY,**
**SHIPMAN & SALINAS, LLP**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746

by Electronic Service in accordance with the Federal Rules of Civil Procedure, on _____8/22_____, 2022.

/s/ Amanda Fulton *w/permission*
Amanda Fulton

**APPROVED AS TO FORM AND ENTRY REQUESTED:**

/s/ Amanda Fulton *w/permission*
--------------------------------
Chad Wilson
State Bar No. 24079587
CWilson@cwilsonlaw.com
Amanda Fulton
afulton@cwilsonlaw.com
**The Chad T. Wilson Law Firm**
455 East Medical Center Boulevard, Suite 555
Webster, Texas 77598
(832) 415-1432
FAX (281) 940-2137

Attorneys for Plaintiffs, *Paul Melvin Cordes and Katheryn Cordes*


--------------------------------
Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com
**Fletcher, Farley,**
**Shipman & Salinas, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746
(512) 476-5300
FAX (512) 476-5771

Attorneys for Defendant, *Amica Mutual Insurance Company*